**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Johnson Drywall, Inc., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Phoenix Insurance Company, )<br>)<br>Defendant. )<br>_____ | CIV. 13-8124-PCT-PGR<br><br>**ORDER** |

The Court having considered the Parties' Joint Stipulation to Continue Case Management Dates—and Trial Date—For Ninety Days (Doc. 46), and good cause appearing,

IT IS ORDERED that the Scheduling Order dated January 15, 2014, shall be amended as follows:

(1) The parties shall disclose their expert witnesses, if any, and their reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no later than August 29, 2014. Rebuttal experts and their reports, if any, shall be disclosed no later than September 26, 2014. Expert witness depositions shall be completed by November 28, 2014.

(2) All discovery, including answers to interrogatories, shall be completed by December 26, 2014, and supplemental disclosures and discovery responses shall thereafter be made as required by Fed.R.Civ.P. 26(e).

(3) All dispositive motions shall be filed by January 23, 2015.

(4) A Joint Pretrial Statement shall be filed by February 20, 2015. If dispositive motions are filed, then this Joint Pretrial Statement shall be due either on the above date or 30 days

1  following the resolution of the motions, whichever is later. The content of the Joint Pretrial
2  Statement shall include, but not be limited to, that prescribed in a standard form of Joint
3  Pretrial Statement provided to the parties. The parties shall augment the Joint Pretrial
4  Statement as necessary so it contains all of the pretrial disclosures as defined and required
5  by Fed.R.Civ.P. 26(a)(3). It shall be the responsibility of the plaintiff to timely initiate the
6  process of drafting the Joint Pretrial Statement and the plaintiff shall submit its draft of the
7  Joint Pretrial Statement to the defendant no later than ten business days prior to the date for
8  filing the Joint Pretrial Statement.

9  (5)   Motions in limine shall be filed no later than the date of filing of the Joint Pretrial
10 Statement. Responses to motions in limine are due ten business days after service. No replies
11 are permitted. The hearing on the motions in limine, if one is permitted by the Court, will
12 take place at the time of the Pretrial Conference. No motion in limine shall be filed unless
13 a statement of moving counsel is attached thereto certifying that after personal consultation
14 and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter.

15 (6)   The attorneys for each party who will be responsible for trial of the lawsuit shall
16 appear and participate in a final Pretrial Conference in Courtroom 601 of the Sandra Day
17 O'Connor United States Courthouse in Phoenix, AZ, on **Monday, March 9, 2015, at 11:00**
18 **a.m.** Because Pretrial Conferences are held for the parties' benefit, and further because the
19 parties' presence will facilitate frank discussion of the pertinent issues in the lawsuit, each
20 party or a representative with binding settlement authority shall attend the Pretrial
21 Conference. If dispositive motions are filed, the Court will continue the date of the Pretrial
22 Conference, if one is still necessary, until after the resolution of such motions and the filing
23 of a Joint Pretrial Statement.

24 (7)   Unless otherwise ordered by the Court, the parties' trial briefs, proposed findings of
25 fact and conclusions of law or proposed jury instructions and proposed voir dire questions
26 shall be filed no later than March 20, 2015.

27 (8)   Unless otherwise ordered by the Court, the trial of this action shall commence on
28

**Tuesday, April 7, 2015, at 9:00 a.m.,** in the U.S. Post Office and Courthouse, Second Floor, 101 W. Goodwin Street, Prescott, AZ.

DATED this 7th day of May, 2014.

_____
Paul G. Rosenblatt
United States District Judge

- 3 -